UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TIMOTHY A. TURNER, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 15-5942 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| MS. SCOTT, et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff is a federal inmate currently incarcerated at F.C.I. Fairton in Fairton, New Jersey. He is proceeding *pro se* with a civil rights complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Previously, this Court dismissed plaintiff's original complaint without prejudice for failure to state a claim upon which relief may be granted. Plaintiff was given thirty days in which to file a proposed amended complaint.

On October 6, 2015, this Court received plaintiff's motion for leave to file an amended complaint. This motion will be granted and the Clerk will be ordered to file plaintiff's amended complaint.

The amended complaint names two defendants: (1) Ms. Scott; and (2) Mr. Gonzales. Accordingly, the Clerk will terminate defendants John and Jane Doe, J.T. Shartle and Mr. Norwood from this action as they are not named in the amended complaint.

Upon screening the amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A, this Court will permit plaintiff's claims against the defendants to proceed past screening.

Therefore, IT IS this   1st   day of   December,  2015,

ORDERED that plaintiff's motion for leave to file an amended complaint (Dkt. No. 4) is granted and the Clerk shall file the amended complaint (Dkt. No. 4); and it is further

ORDERED that the Clerk shall terminate defendants John Doe, Jane Doe, J.T. Shartle and Mr. Norwood from this action as they are not named as defendants in the amended complaint; and it is further

ORDERED that plaintiff's amended complaint shall be permitted to proceed against defendants Ms. Scott and Mr. Gonzales; and it is further

ORDERED pursuant to 28 U.S.C. § 1915(d) that the Clerk shall issue summonses and the U.S. Marshal shall serve the summonses, a copy of the amended complaint, a copy of this Order, and a copy of this Court's September 15, 2015 Opinion (Dkt. No. 2) on defendants Scott and Gonzales, with all costs of service advanced by the United States; and it is further

ORDERED that defendants Scott and Gonzales shall file and serve a responsive pleading within the time specified by Federal Rule of Civil Procedure 12; and it is further

ORDERED that the Clerk shall serve a copy of this Order on plaintiff by regular U.S. mail.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge