NOT FOR PUBLICATION                                                                 (Doc. No. 42)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| Timothy A. TURNER, | : | |
| Plaintiff, | : | Civil No. 15-5942 (RBK/JS) |
| v. | : | **Order** |
| JANE DOE, et al., | : | |
| Defendant(s). | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on Plaintiff Timothy A. Turner's Motion for Default Judgment against Defendant Gonzalez (Doc. No. 42);

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

Dated:   3/30/2017                                                         s/ Robert B. Kugler

                                                                          ROBERT B. KUGLER
                                                                          United State District Judge